1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Juan Vergara-Castillo

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10              **(HONORABLE CATHY ANN BENCIVENGO)**

11 | UNITED STATES OF AMERICA,      )   Case No. 07MJ3006
                                    )
12 |         Plaintiff,              )
                                    )
13 | v.                              )   **CERTIFICATE OF SERVICE**
                                    )
14 | JUAN VERGARA-CASTILLO,          )
                                    )
15 |         Defendant.              )
   |_____)

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                    U.S. Attorney CR
                    Efile.dkt.gc2@usdoj.gov

21                              Respectfully submitted,

23 DATED:    January 7, 2008              /s/ Gregory T. Murphy
                                          **GREGORY T. MURPHY**
24                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Juan Vergara-Castillo